IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

TIMOTHY J. STEWART

        Defendant.

:

:

:        Case No. 3:10cr172

:

        JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S ORAL MOTION
FOR RELIEF FROM DETENTION ORDER; REASONS STATED;
CONFERENCE CALL SET

---

The Defendant's oral Motion for Relief from Detention Order, made through counsel during a telephone conference call had, upon the record, on October 16, 2017, is OVERRULED.

Given the serious nature of the allegations set forth against him in an August 8, 2017, Petition directing him to show cause why his supervised release, a status that began December 31, 2015, should not be revoked, allegations which have ripened into a two count Indictment in the Greene County Court of Common Pleas, this Court concludes that there is no condition or combination of conditions sufficient to guarantee the appearance of the Defendant when required and the safety of any other person and the community.

The Court has been advised that a final pretrial conference on his state court matter is set for Thursday, January 18, 2018. With that in mind, this Court will set a telephone conference call, between Court and counsel, in order to monitor the status of the state court matter as of that time, beginning at 5:00 p.m. on Monday, January 22, 2018.

January 5, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record