IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY STEWART,

    Defendant.

: Case No. 3:10cr172

: JUDGE WALTER H. RICE

---

### ORDER LIFTING FEDERAL DETAINER

---

Pursuant to the record made in open Court on February 12, 2018, it is hereby ordered that the federal detainer in this matter is hereby lifted in order to allow defendant to serve his state sentence. The federal detainer shall be reinstated and lodged as a detainer at Defendant's designated state institution.

February 14, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal